## DECEMBER 21, 1984

No. 84–851. MOBIL OIL CORP. ET AL. *v.* DOW JONES & CO., INC., ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

## DECEMBER 29, 1984

No. 84–628. MCDONNELL DOUGLAS CORP. *v.* FISHER, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

## JANUARY 7, 1985

No. 84–450. CENTRAL JERSEY INDUSTRIES, INC., ET AL. *v.* UNITED STATES RAILWAY ASSN. ET AL. Affirmed on appeal from Sp. Ct. R. R. R. A.

No. 84–720. DEUKMEJIAN, GOVERNOR OF CALIFORNIA, ET AL. *v.* NATIONAL MEAT ASSN. ET AL. Affirmed on appeal from C. A. 9th Cir. 

No. 84–695. KING *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. (INTEGRITY HOME LOAN CO., INC., ET AL., REAL PARTIES IN INTEREST). Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.